

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire

Jack Weinberg
Albert J. Soler
Of Counsel

October 7, 2019

**VIA ECF**

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007
**Abrams_NYSDChambers@nysd.uscourts.gov**

         **Re:**    **Charles Ganske v. Louise Daphne Mensch**
                 **SDNY Case No. 19-CV-6943**

Dear Judge Abrams:

       This firm represents Charles Ganske, (the "Plaintiff") in the referenced matter.

       In accordance with Your Honor's Individual Practices, I write to request an adjournment of the Initial Status Conference scheduled by the Court for October 11, 2019 at 3:15 PM. Despite diligent and repeated efforts, Plaintiff has been unable to serve the Defendant in this matter. Accordingly, I request an adjournment of the Initial Status Conference to a date convenient for the Court to allow the time to effectuate service of process on the Defendant.

       Based upon the foregoing, I also write to request leave from the court for permission to effectuate service on the Defendant via email and/or Twitter. Plaintiff has exhausted all reasonable possibilities of serving Defendant the Summons and Complaint via personal service. In similar circumstances, Courts have decided that service by e-mail, Facebook and Twitter are acceptable means of alternate service when other prescribed methods of service were

impracticable. *Ferrarese v. Shaw*, 164 F.Supp.3d 361 (E.D.N.Y. 2016), *Baidoo v. Blood-Dzraku*, 5 N.Y.S.3d 709 (2015).

Respectfully Submitted,

Milo Silberstein

MS/ew
cc:   Mr. Charles Ganske