**Dealy
Silberstein
& Braverman, LLP**

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/19

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire

Jack Weinberg
Albert J. Soler
Of Counsel

October 7, 2019

**VIA ECF**

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007
Abrams_NYSDChambers@nysd.uscourts.gov

> Re: **Charles Ganske v. Louise Daphne Mensch**
> SDNY Case No. 19-CV-6943

Dear Judge Abrams:

This firm represents Charles Ganske, (the "Plaintiff") in the referenced matter.

In accordance with Your Honor's Individual Practices, I write to request an adjournment of the Initial Status Conference scheduled by the Court for October 11, 2019 at 3:15 PM. Despite diligent and repeated efforts, Plaintiff has been unable to serve the Defendant in this matter. Accordingly, I request an adjournment of the Initial Status Conference to a date convenient for the Court to allow the time to effectuate service of process on the Defendant.

Based upon the foregoing, I also write to request leave from the court for permission to effectuate service on the Defendant via email and/or Twitter. Plaintiff has exhausted all reasonable possibilities of serving Defendant the Summons and Complaint via personal service. In similar circumstances, Courts have decided that service by e-mail, Facebook and Twitter are acceptable means of alternate service when other prescribed methods of service were

impracticable. *Ferrarese v. Shaw*, 164 F.Supp.3d 361 (E.D.N.Y. 2016), *Baidoo v. Blood-Dzraku*, 5 N.Y.S.3d 709 (2015).

Respectfully Submitted,

Milo Silberstein

MS/ew
cc:  Mr. Charles Ganske

---

The initial status conference is adjourned to November 8, 2019 at 2:30 p.m.

Before granting leave to serve Defendant via alternative methods, the Court requires additional information. Plaintiff shall file a letter by October 11, 2019 explaining what efforts it has taken to personally serve Defendant and why an alternative method of service is necessary.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 8, 2019