| | |
|---|---|
| UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK | Attorney: STEVEN S. BISS, ESQ. |

CHARLES GANSKE

Plaintiff(s)

- against -

Index # 1:19-CV-06943

LOUISE DAPHNE MENSCH

Defendant(s)

Purchased July 25, 2019
File # 138.53 (CC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ERIKA TEJEDA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 5, 2019 at 11:46 AM at

116 W. 80TH STREET
NEW YORK, NY 10024

deponent served the within SUMMONS AND COMPLAINT on LOUISE DAPHNE MENSCH therein named,

**AFFIXING TO DOOR** by affixing a true copy of each to the door of said premises, which is the Defendant's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on:

September 12, 2019 AT 6:05 PM    October 2, 2019 AT 2:11 PM
October 5, 2019 AT 11:46 AM

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

116 W. 80TH STREET
NEW YORK, NY 10024

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 8, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Spoke with "JANE SMITH", NEIGHBOR at 116 W. 80TH STREET NEW YORK NY who stated that the Defendant lives at the afforementioned address but was unable to divulge the Defendant's place of employment.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: October 8, 2019

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | ERIKA TEJEDA |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1088563 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 727524 |
| Qualified in New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045