

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire
———
Jack Weinberg
Albert J. Soler
Of Counsel

October 11, 2019

**VIA ECF**

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

            Re:    <u>Charles Ganske v. Louise Daphne Mensch</u>
                     **SDNY Case No. 19-CV-6943**

Dear Judge Abrams:

       This firm represents Charles Ganske, (the "Plaintiff") in the referenced matter.

       I write to follow up on my request dated October 7, 2019 and in response to Your Honor's Order dated October 8, 2019.  After receiving Your Honor's Order, we learned that our process server was able to effectuate service of process via "Nail and Mail" in accordance with the requirements of CPLR § 308(4) on October 5, 2019.  Plaintiff filed the Affidavit of Service (Docket #9 ).  Accordingly, Plaintiff withdraws its request for leave to effectuate service on via email and/or Twitter.

                                                Respectfully Submitted,

                                                */s Milo Silberstein*

                                                Milo Silberstein

MS/mlb
cc:    Mr. Charles Ganske