

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire
———
Jack Weinberg
Albert J. Soler
Of Counsel

October 16, 2019

**VIA ECF**

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

        Re:    <u>**Charles Ganske v. Louise Daphne Mensch**</u>
                **SDNY Case No. 19-CV-6943**

Dear Judge Abrams:

      This firm represents Charles Ganske, (the "Plaintiff") in the referenced matter and in that capacity is in receipt of Defendant Louise Mensch's ("Defendant") October 16, 2019 email. Plaintiff has no objection to Defendant's request.

                                          Respectfully Submitted,

                                          */s Milo Silberstein*

                                          Milo Silberstein

MS/mlb

cc:  Ms. Louise Mensch (via email)
      Mr. Charles Ganske