

# Dealy Silberstein & Braverman, LLP

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire

Jack Weinberg
Albert J. Soler
Of Counsel

**MEMO ENDORSED**

October 16, 2019

**VIA ECF**

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/19

Re: **Charles Ganske v. Louise Daphne Mensch**
    **SDNY Case No. 19-CV-6943**

Dear Judge Abrams:

This firm represents Charles Ganske, (the "Plaintiff") in the referenced matter and in that capacity is in receipt of Defendant Louise Mensch's ("Defendant") October 16, 2019 email. Plaintiff has no objection to Defendant's request.

Respectfully Submitted,

/s Milo Silberstein

Milo Silberstein

MS/mlb

cc: Ms. Louise Mensch (via email)
    Mr. Charles Ganske

---

Application granted. As requested in Defendant's email (attached), the initial status conference is adjourned to November 22, 2019 at 10:30 a.m.

Defendant must file all further communications to the Court in writing with the Court's Pro Se Intake Unit. Defendant may not email Chambers, and may not correspond with Chambers without including opposing counsel. The Clerk of Court is respectfully requested to mail a copy of this endorsement and an information package to 4455 Douglas Avenue, Apt. 3B, Bronx, New York 10471. Finally, attached is information regarding the New York Legal Assistance Group (NYLAG) Legal Clinic for Pro Se Litigants.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 17, 2019



**NYLAG**
NEW YORK LEGAL ASSISTANCE GROUP

Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

Thurgood Marshall
United States Courthouse
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

Open Wednesday
1 p.m. - 5 p.m.
Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



a beneficiary of
**UJA♥Federation**
of New York



Ganske v. Mensch Louise Mensch to: Abrams_NYSDChambers 10/16/2019 11:57 AM
Cc: stevenbiss, MBianco
From: Louise Mensch <louisemensch@gmail.com>
To: Abrams_NYSDChambers@nysd.uscourts.gov
Cc: stevenbiss@earthlink.net, MBianco@dsblawnyc.com
History:
This message has been forwarded.

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Dear Judge Abrams,

I am the defendant in the matter of Ganske vs. Mensch. Although the summons and complaint was never properly served on me, and was left at my ex-husband's address, I would like to hire counsel in order to respond to what I believe to be both a baseless and a vexatious action. As I am not familiar with litigation, am without legal training and presenting this letter *pro se,* I am requesting that the Court allow me time to find counsel. Currently, I am in the process of relocating within New York City so, I ask Your Honor to postpone the first hearing til November 18, or subsequently, in order that I may seek representation. I ask for the Court's indulgence to consider this a formal motion or petition, or whatever is required, if it is deficient in form.

I can be reached by the Court or its Clerks on this email address, at 917 529 2759, and at Apt 3B, 4455 Douglas Avenue, Bronx, New York. As I shall be moving in the next couple of weeks but do not yet have a firm date, I would ask that wherever possible I be contacted in the interim first via email. As soon as I retain counsel I will ask them to contact the Court and opposing counsel, whom I also copy here.

Respectfully submitted,

Yours sincerely,

**Louise Mensch**

cc: Steven S. Biss
300 West Main Street Suite 102
Charlottesville, Virgina 22903

--
**Louise Mensch**