

October 31, 2019

**Farrell J. Miller**

Direct Phone    212-453-3931
Direct Fax       646-588-1534
fmiller@cozen.com

**VIA ECF**
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**     **Charles Ganske v. Louise Daphne Mensch, 19-cv-6943 (RA)**

Dear Judge Abrams:

I write on behalf of Defendant Louise Daphne Mensch to request an extension of time through and including December 11, 2019 to answer or otherwise respond to Plaintiff's complaint. The deadline for Defendant to answer or otherwise respond is currently November 11, 2019.

This is the Defendant's first request for an extension of time in which to answer or otherwise move with respect to the complaint. We have conferred with Plaintiff's counsel, Milo Silberstein, and he has consented to the requested extension.

Respectfully submitted,

*/s/ Farrell J. Miller*
Farrell J. Miller
*Counsel for Defendant Louise Daphne Mensch*

cc: All Parties Via ECF