UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 11/22/19

---

CHARLES GANSKE,

Plaintiff,

v.

LOUISE DAPHNE MENSCH,

Defendant.

---

No. 19-CV-6943 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed during today's conference, discovery is stayed in this matter pending the

Court's ruling on Defendant's motion to dismiss.

SO ORDERED.

Dated:     November 22, 2019
           New York, New York

Ronnie Abrams
United States District Judge