UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| CHARLES GANSKE, | **ECF CASE** |
| Plaintiff, | Case No.: 1:19-cv-06943 - RA |
| -against- | Hon. Ronnie Abrams |
| LOUISE DAPHNE MENSCH, | |
| Defendant. | |

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the supporting Declaration of Adam Stein, dated December 10, 2019, with exhibits thereto, Defendant Louise Daphne Mensch hereby moves this Court before the Honorable Ronnie Abrams, United State District Court, Southern District of New York, 40 Foley Square, New York, New York, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(6), dismissing the Complaint, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Local Rule 6.1(b), and unless otherwise agreed and "so ordered" by the Court, answering papers, if any, must be served within fourteen days of service of this motion.

Dated: New York, New York
       December 10, 2019

                                  **COZEN O'CONNOR**

                              By  */s/ Adam I. Stein*
                                  Adam I. Stein
                                  Attorneys for Defendant Louise Mensch
                                  45 Broadway
                                  New York, New York 10004-3792
                                  (212) 453-3428
                                  adamstein@cozen.com

AFFIRMATION OF SERVICE

I, Adam I Stein, attorney for Defendant, Louise Mensch, hereby certify that the foregoing Motion to Dismiss, Memorandum of Law in Support and Declaration of Adam I. Stein with Exhibits 1-9 were electronically filed on today's date, December 10, 2019 and electronically served upon all Counsel hereto.

TO:  Milo Silberstein
     Dealy, Silberstein & Braverman, LLP
     225 Broadway, Suite 1405
     New York, New York 10007
     MSilberstein@dealysilberstein.com
         ---and---
     Steven S. Biss (admitted Pro-Hac Vice)
     300 West Main Street, Suite 102
     Charlottesville, VA 22903
     Counsels for Plaintiff, Charles Ganske

Dated:  New York, New York
        December 10, 2019

             **COZEN O'CONNOR**

             By  */s/ Adam I. Stein*
              Adam I. Stein
              Attorneys for Defendant Louise Mensch
              45 Broadway
              New York, New York 10004-3792
              (212) 453-3428
              adamstein@cozen.com