

# Dealy Silberstein & Braverman, LLP

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385 0066  F: (212) 385 2117
www.dsblawny.com

MEMO ENDORSED

William J. Dealy (1946-2012)
Milo Silberstein
Marc D. Braverman
Laurence J. Lebowitz

Maria Louisa Bianco
Amanda E. Maguire

Jack Weinberg
Albert J. Soler
Of Counsel

December 19, 2019

**VIA ECF**

Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/19

Re: **Charles Ganske v. Louise Daphne Mensch**
**SDNY Case No. 19-CV-6943**

Dear Judge Abrams:

    This firm represents Charles Ganske, (the "Plaintiff") in the referenced matter. I write to request an extension of time through and including January 3, 2020 to file Plaintiff's memorandum in opposition to Defendant's motion to dismiss. Plaintiff's response is currently due on December 24, 2019. This is Plaintiff's first request for an extension of time. We have conferred with Defendant's counsel, Farrell Miller, and he has consented to the requested extension. The parties also discussed the date by which Defendant will file her reply to Plaintiff's opposition and have agreed that any reply will be filed on or before January 24, 2020.

Respectfully Submitted,

/s Milo Silberstein

Milo Silberstein

MS/mlb

cc:  All counsel via ECF

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 20, 2019