UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHARLES GANSKE,                                           Case No. 19-CV-06943-RA

                Plaintiff,

    -against-

LOUISE DAPHNE MENSCH,

               Defendant.
-------------------------------------------------------------------X

## MOTION TO WITHDRAW

      PLEASE TAKE NOTICE that pursuant to Local Rule 1.4, Maria Louisa Bianco respectfully moves to withdraw as attorney for Plaintiff Charles Ganske and for the Court to direct the Clerk to remove her name from the electronic docket in this case.  As of March 24, 2020, I will no longer be affiliated with the firm of Dealy Silberstein & Braverman ("DSB"). DSB will continue as counsel for Defendants in this matter with Milo Silberstein remaining as the lead attorney in this case.

Dated:  New York, New York
       March 18, 2020                                          Respectfully Submitted,

                                                        *Maria Louisa Bianco*

                                                        Maria Louisa Bianco

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 18, 2020, a copy of the foregoing MOTION FOR WITHDRAWAL OF APPEARANCE was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's ECF System. Notice of this filing was also sent by electronic mail and U.S. Mail to Charles Ganske.

                                                                       _____/s_____

                                                                 Maria Louisa Bianco

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 19, 2020