UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Ganske, | 19-cv-6943(RA) |
| Plaintiff, | |
| v. | [Proposed] |
| Louise Daphne Mensch, | Order of Dismissal With Prejudice |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

On August 20, 2020, this Court dismissed Plaintiff Charles Ganske's Complaint, with leave to file an amended complaint no later than September 20, 2020 if he had a good faith basis to do so. (Dkt. 29.) The time to file such pleading has now expired and, accordingly, this action is hereby dismissed with prejudice. The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

Dated:   September 24, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge